UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHANN LEPRICH,,

      Petitioner,                                 Case No. 1:06-CV-679

v.                                                    Hon. Gordon J. Quist

ALAN L. BYAM, *et al.*,

      Respondents.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on January 31, 2007. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 22, 2007, is approved and adopted as the opinion of the court. Petitioner's habeas corpus petition is **DISMISSED AS MOOT**.

Dated: March 9, 2007                                          /s/ Gordon J. Quist
                                                                                GORDON J. QUIST
                                                           UNITED STATES DISTRICT JUDGE